Exhibit 1

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,457,248
Registered June 5, 2001

## TRADEMARK
### PRINCIPAL REGISTER



HALLMARK LICENSING, INC. (DELAWARE CORPORATION)
2440 PERSHING ROAD
KANSAS CITY, MO 64108

FOR: DECORATIVE PILLOWS; NON-METAL SHOWER CURTAIN RINGS; AND CHAIR PADS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 8-11-1999; IN COMMERCE 8-11-1999.

OWNER OF U.S. REG. NOS. 525,798, 2,340,952 AND OTHERS.

SER. NO. 76-050,737, FILED 5-17-2000.

CHRISTOPHER ADKINS, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 2,457,248
Registered June 5, 2001

## TRADEMARK
### PRINCIPAL REGISTER



HALLMARK LICENSING, INC. (DELAWARE CORPORATION)
2440 PERSHING ROAD
KANSAS CITY, MO 64108

FOR: DECORATIVE PILLOWS; NON-METAL SHOWER CURTAIN RINGS; AND CHAIR PADS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 8-11-1999; IN COMMERCE 8-11-1999.

OWNER OF U.S. REG. NOS. 525,798, 2,340,952 AND OTHERS.

SER. NO. 76-050,737, FILED 5-17-2000.

CHRISTOPHER ADKINS, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,469,521
Registered July 17, 2001

## TRADEMARK
### PRINCIPAL REGISTER



HALLMARK LICENSING, INC. (DELAWARE CORPORATION)
2440 PERSHING ROAD
KANSAS CITY, MO 64108

FOR: COMFORTERS; DUVET COVERS; BEDSPREADS; BLANKETS; SHEETS; PILLOW CASES; SHAMS; DUST RUFFLES; CURTAINS; DRAPERIES; VALANCES; TOWELS; SHOWER CURTAINS; BATH MATS; TEXTILE PLACEMATS; TEXTILE TABLECLOTHS; TEXTILE TABLE RUNNERS; TEXTILE NAPKINS; OVEN MITTS; POT HOLDERS; AND CLOTH FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 8-11-1999; IN COMMERCE 8-11-1999.

OWNER OF U.S. REG. NOS. 525,798, 2,340,952 AND OTHERS.

SER. NO. 76-050,735, FILED 5-17-2000.

PAULA MAHONEY, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

## United States Patent and Trademark Office

Reg. No. 2,469,522

Registered July 17, 2001

### TRADEMARK
### PRINCIPAL REGISTER



HALLMARK LICENSING, INC. (DELAWARE CORPORATION)
2440 PERSHING ROAD
KANSAS CITY, MO 64108

FOR: DINNERWARE, NAMELY PLATES, BOWLS, CUPS, SAUCERS, PLATTERS, MUGS, GRA-VY BOAT, SUGAR AND CREAMER, SALT AND PEPPER SHAKERS; BEVERAGE GLASSES; GOB-LETS; SOAP DISHES; SOAP HOLDERS; BUTTER DISHES; WASTE BASKETS; NAPKIN HOLDERS; PAPER CUPS AND PAPER PLATES; NAPKIN RINGS NOT OF PRECIOUS METAL; VASES; TRI-VETS; AND COFFEE POTS AND TEA POTS NOT OF PRECIOUS METAL, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-11-1999; IN COMMERCE 8-11-1999.

OWNER OF U.S. REG. NOS. 525,798, 2,340,952 AND OTHERS.

SER. NO. 76-050,736, FILED 5-17-2000.

PAULA MAHONEY, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,634,799

Registered June 9, 2009

## TRADEMARK
### PRINCIPAL REGISTER



HALLMARK LICENSING, INC. (DELAWARE CORPORATION)
MD 339
2440 PERSHING RD.
KANSAS CITY, MO 64108

FOR: CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1973; IN COMMERCE 12-31-1973.

OWNER OF U.S. REG. NOS. 654,790, 864,077 AND OTHERS.

THE MARK CONSISTS OF AN OPEN CROWN DESIGN OVER THE WORD "HALLMARK" IN SCRIPT.

SER. NO. 77-606,558, FILED 11-4-2008.

JOHN GARTNER, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# HALLMARK

**Reg. No. 4,664,608**

**Registered Dec. 30, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

HALLMARK LICENSING, LLC (KANSAS LIMITED LIABILITY COMPANY)
2440 PERSHING ROAD
MD 339
KANSAS CITY, MO 64108

FOR: DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2014; IN COMMERCE 9-30-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 864,077, 4,267,408, AND OTHERS.

SN 86-075,324, FILED 9-26-2013.

WON TEAK OH, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



# United States of America

### United States Patent and Trademark Office

# HALLMARK

**Reg. No. 4,814,915**

**Registered Sep. 15, 2015**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

HALLMARK LICENSING, LLC (KANSAS LIMITED LIABILITY COMPANY)
MD 339
2501 MCGEE TRAFFICWAY
KANSAS CITY, MO 64108

FOR: PLUSH TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1998; IN COMMERCE 1-1-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 864,077, 4,267,408, AND OTHERS.

SN 86-976,922, FILED 10-3-2013.

WON TEAK OH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

>  *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

>  *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# HALLMARK

**Reg. No. 5,033,265**

**Registered Aug. 30, 2016**

**Int. Cl.: 16, 21**

**Trademark**

**Principal Register**

Hallmark Licensing, LLC (KANSAS LIMITED LIABILITY COMPANY)
MD 339
2501 McGee Trafficway
Kansas City, MO 64108

CLASS 16: gift enclosure cards; plastic wrap and plastic film for packaging, bags made of cellophane paper; pre-printed paper gift tags

FIRST USE 4-14-2016; IN COMMERCE 4-14-2016

CLASS 21: household containers for holding flowers; vase decorations made of ceramic, porcelain, or glass; decorative ornaments made of ceramic; figurines made of ceramic, porcelain or glass; mugs; vases; floral card holder picks made of plastic

FIRST USE 4-14-2016; IN COMMERCE 4-14-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4267408, 0864077

SER. NO. 86-979,370, FILED 10-03-2013
WON TEAK OH, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,499,357**

**Registered Jun. 19, 2018**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Hallmark Licensing, LLC (KANSAS LIMITED LIABILITY COMPANY)
Md 339
2501 Mcgee Trafficway
Kansas City, MISSOURI 64108

CLASS 21: Decorative glass jars

FIRST USE 12-31-2017; IN COMMERCE 12-31-2017

The mark consists of an open Crown Design over the word "Hallmark" in script.

SER. NO. 87-523,102, FILED 07-11-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after  the registration date.  See 15  U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# HALLMARK

**Reg. No. 5,794,656**

**Registered Jul. 02, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Hallmark Licensing, LLC  (KANSAS LIMITED LIABILITY COMPANY)
Md 339
2501 Mcgee Trafficway
Kansas City, MISSOURI 64108

CLASS 25: Shirts; Socks

FIRST USE 10-31-2013; IN COMMERCE 10-31-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0380596, 0916900, 4664608

SER. NO. 88-260,919, FILED 01-14-2019



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,794,657**

**Registered Jul. 02, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Hallmark Licensing, LLC  (KANSAS LIMITED LIABILITY COMPANY)
Md 339
2501 Mcgee Trafficway
Kansas City, MISSOURI 64108

CLASS 25: Shirts; Socks

FIRST USE 10-31-2013; IN COMMERCE 10-31-2013

The mark consists of an open crown design over the word "HALLMARK" in script.

OWNER OF U.S. REG. NO. 0657441, 0654790, 0842461

SER. NO. 88-260,970, FILED 01-14-2019



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,858,356**

**Registered Sep. 10, 2019**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Hallmark Licensing, LLC  (KANSAS LIMITED LIABILITY COMPANY)
Md 339
2501 Mcgee Trafficway
Kansas City, MISSOURI 64108

CLASS 16: Stencils

FIRST USE 8-3-2019; IN COMMERCE 8-3-2019

The mark consists of an open crown design over the word "Hallmark" in script.

SER. NO. 87-924,273, FILED 05-16-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# HALLMARK

**Reg. No. 6,013,810**

**Registered Mar. 17, 2020**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Hallmark Licensing, LLC  (KANSAS LIMITED LIABILITY COMPANY)
Md 339
2501 Mcgee Trafficway
Kansas City, MISSOURI 64108

CLASS 16: Gift books featuring recipes, inspirational and personalized content, and movie themes; Story books

FIRST USE 12-31-1970; IN COMMERCE 12-31-1970

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0380596, 0916900, 4664608

SER. NO. 88-675,765, FILED 10-31-2019



Director of the United States
Patent and Trademark Office



REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Reg. No. 525,798

Registered May 30, 1950

10 Year Renewal

Renewal Approved Apr. 26, 1990

## TRADEMARK
## PRINCIPAL REGISTER



HALLMARK CARDS, INCORPORATED
(MISSOURI CORPORATION)
2501 MCGEE TRAFFICWAY
KANSAS CITY, MO 64108, BY CHANGE
OF NAME FROM HALL BROTHERS,
INC. (MISSOURI CORPORATION)
KANSAS CITY, MO

OWNER OF U.S. REG. NO. 380,596.

FOR: GREETING CARDS, IN CLASS
38 (INT. CL. 16).

FIRST USE 2–3–1949; IN COMMERCE
2–18–1949.

SER. NO. 71–575,762, FILED 3–21–1949.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 5, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered May 30, 1950

**Registration No. 525,798**

## PRINCIPAL REGISTER
## Trade-Mark

# UNITED STATES PATENT OFFICE

**Hall Brothers, Inc., Kansas City, Mo.**

Act of 1946

Application March 21, 1949, Serial No. 575,762



**(Statement)**

Hall Brothers, Inc., a corporation duly organized under the laws of the State of Missouri, located at Kansas City, Jackson County, Missouri, and doing business at 2505 Grand Avenue, Kansas City, Missouri, has adopted and is using the trade-mark shown in the accompanying drawing, for GREETING CARDS, in Class 38, Prints and publications, and herewith presents five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods by printing the same directly thereon, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on February 3, 1949, and first used in commerce among the several States which may lawfully be regulated by Congress on February 18, 1949.

Applicant is the owner of Registration No. 380,-596 granted August 27, 1940.

**(Declaration)**

Raymond W. Hall, being duly sworn, deposes and says that he is the vice-president of the corporation, the applicant named in the foregoing statement, that he believes said corporation is the owner of the trade-mark, which is in use in commerce among the several States, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress, either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive, that the drawing and description truly represent the trade-mark sought to be registered, that the specimens show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

HALL BROTHERS, INC.,
By RAYMOND W. HALL,
*Vice-President.*

Int. Cl.: 16
Prior U.S. Cl.: 38

Reg. No. 654,790

**United States Patent and Trademark Office**

Registered Nov. 19, 1957

10 Year Renewal

Renewal Term Begins Nov. 19, 1997

## TRADEMARK
## PRINCIPAL REGISTER



HALLMARK LICENSING, INC. (DELA-
WARE CORPORATION)
2440 PERSHING ROAD
KANSAS CITY, MO 64108, ASSIGNEE OF
HALLMARK CARDS INCORPORAT-
ED (MISSOURI CORPORATION)
KANSAS CITY, MO

OWNER OF U.S. REG. NOS. 438,592
AND 525,798.

FOR: CHRISTMAS SEALS, DECORA-
TIVE SEALS, GIFT TAGS AND ENCLO-
SURE CARDS, DOOR AND WINDOW
DISPLAYS IN THE NATURE OF CARD-
BOARD SIGNS SOLD AS SUCH FOR
USE ON DOORS AND IN STORE WIN-
DOWS AND ON COUNTERS, PARTY IN-
VITATIONS, BIRTH ANNOUNCE-
MENTS, DANCE PROGRAMS, CALEN-
DARS, TALLY AND PLACE CARDS,
SYMPATHY ACKNOWLEDGMENTS,
AND MOTTOES, IN CLASS 38 (INT. CL.
16).

FIRST USE 2–3–1949; IN COMMERCE
2–3–1949.

SER. NO. 72–022,537, FILED 1–14–1957.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 25, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**654,790**

Registered Nov. 19, 1957

## PRINCIPAL REGISTER
### Trademark

Ser. No. 22,537, filed Jan. 14, 1957

*Hallmark*

Hallmark Cards Incorporated (Missouri corporation)
25th and McGee
Kansas City, Mo.

For: CHRISTMAS SEALS, DECORATIVE SEALS, GIFT TAGS AND ENCLOSURE CARDS, DOOR AND WINDOW DISPLAYS IN THE NATURE OF CARD-BOARD SIGNS SOLD AS SUCH FOR USE ON DOORS AND IN STORE WINDOWS AND ON COUNTERS, PARTY INVITATIONS, BIRTH ANNOUNCEMENTS, DANCE PROGRAMS, CALENDARS, TALLY AND PLACE CARDS, SYMPATHY ACKNOWLEDGMENTS, AND MOTTOES, in CLASS 38.

First use Feb. 3, 1949; in commerce Feb. 3, 1949.
Owner of Reg. Nos. 438,592 and 525,798.

Int. Cl.: 16

Prior U.S. Cl.: 37

Reg. No. 657,441

**United States Patent and Trademark Office**

Registered Jan. 21, 1958

10 Year Renewal

Renewal Term Begins Jan. 21, 1998

## TRADEMARK
### PRINCIPAL REGISTER



HALLMARK LICENSING, INC. (MIS-
SOURI CORPORATION)
2440 PERSHING ROAD, SUITE 300
KANSAS CITY, MO 64108, ASSIGNEE OF
HALLMARK CARDS INCORPORAT-
ED (MISSOURI CORPORATION)
KANSAS CITY, MO

OWNER OF U.S. REG. NOS. 438,592
AND 525,798.

FOR: DECORATIVE GIFT WRAP-
PING PAPER, DECORATIVE NOTE
PAPER, ALBUMS, AND DATE BOOKS,
IN CLASS 37 (INT. CL. 16).

FIRST USE 2-3-1949; IN COMMERCE
2-3-1949.

SER. NO. 72-022,538, FILED 1-14-1957.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 16, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**657,441**
**Registered Jan. 21, 1958**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 22,538, filed Jan. 14, 1957

*Hallmark*

Hallmark Cards Incorporated (Missouri corporation)
25th and McGee
Kansas City, Mo.

For: DECORATIVE GIFT WRAPPING PAPER, DECORATIVE NOTE PAPER, ALBUMS, AND DATE BOOKS, in CLASS 37.
First use Feb. 3, 1949; in commerce Feb. 3, 1949.
Owner of Reg. Nos. 438,592 and 525,798.

COMB. AFF. SEC. 8 & 15

JAN 25 1963

# United States Patent Office

**657,441**
Registered Jan. 21, 1958

## PRINCIPAL REGISTER
## Trademark

Ser. No. 22,538, filed Jan. 14, 1957

*Hallmark*

Hallmark Cards Incorporated (Missouri corporation)
25th and McGee
Kansas City, Mo.

For: DECORATIVE GIFT WRAPPING PAPER, DECORATIVE NOTE PAPER, ALBUMS, AND DATE BOOKS, in CLASS 37.

First use Feb. 3, 1949; in commerce Feb. 3, 1949.

Owner of Reg. Nos. 438,592 and 525,798.

# United States Patent Office

**821,931**
Registered Jan. 10, 1967

## PRINCIPAL REGISTER
### Trademark

Ser. No. 232,310, filed Nov. 8, 1965

*Hallmark*

Hallmark Cards, Incorporated (Missouri corporation)
25th and McGee Trafficway
Kansas City, Mo.

For: ~~TOYS—NAMELY, PUPPETS, AND GAMES—NAMELY, BOARD-TYPE PARLOR GAMES, MANUAL DEXTERITY GAMES, PLAYING CARDS, GAMES PLAYED WITH PUPPETS, AND~~ PUZZLES—in CLASS 22.
First use Nov. 7, 1960; in commerce Nov. 7, 1960.

# United States Patent Office

**821,931**
Registered Jan. 10, 1967

## PRINCIPAL REGISTER
### Trademark

Ser. No. 232,310, filed Nov. 8, 1965

*Hallmark*

Hallmark Cards, Incorporated (Missouri corporation)
25th and McGee Trafficway
Kansas City, Mo.

For: TOYS—NAMELY, PUPPETS; AND GAMES—NAMELY, BOARD-TYPE PARLOR GAMES, MANUAL DEXTERITY GAMES, PLAYING CARDS, GAMES PLAYED WITH PUPPETS, AND PUZZLES—in CLASS 22.

First use Nov. 7, 1960; in commerce Nov. 7, 1960.

Int. Cl.: 16

Prior U.S. Cl.: 37

**United States Patent and Trademark Office**

Amended

Reg. No. 842,461
Registered Jan. 16, 1968
OG Date June 14, 1988

## TRADEMARK
## PRINCIPAL REGISTER



HALLMARK CARDS, INCORPORATED
(MISSOURI CORPORATION)
25TH AND MCGEE TRAFFICWAY
KANSAS CITY, MO 64108

OWNER OF U.S. REG. NO. 113,655.

FOR: WRITING INSTRUMENTS—NAMELY, PENS AND PENCILS, AND PARTS THEREOF, IN CLASS 37 (INT. CL. 16).

FIRST USE 7-7-1916; IN COMMERCE 7-7-1916.

SER. NO. 265,519, FILED 2-27-1967.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 14, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**842,461**
**Registered Jan. 16, 1968**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 265,519, filed Feb. 27, 1967

*Hallmark*

Hallmark Cards, Incorporated (Missouri corporation)
25th and McGee Trafficway
Kansas City, Mo.   64108

For: WRITING INSTRUMENTS—NAMELY, PENS AND PENCILS, AND PARTS THEREOF—in CLASS 37.

First use July 7, 1916; in commerce July 7, 1916.

Owner of Reg. No. 113,655.

Int. Cl.: 16

Prior U.S. Cl.: 37

**United States Patent and Trademark Office**

Renewal

Reg. No. 842,461
Registered Jan. 16, 1968
OG Date Sep. 13, 1988

## TRADEMARK
## PRINCIPAL REGISTER



HALLMARK CARDS, INCORPORATED
(MISSOURI CORPORATION)
25TH AND MCGEE TRAFFICWAY
KANSAS CITY, MO 64108

OWNER OF U.S. REG. NO. 113,655.

FOR: WRITING INSTRUMENTS—NAMELY, PENS AND PENCILS, AND PARTS THEREOF, IN CLASS 37 (INT. CL. 16).

FIRST USE 7–7–1916; IN COMMERCE 7–7–1916.

SER. NO. 265,519, FILED 2–27–1967.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 13, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

842,461
**Registered Jan. 16, 1968**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 265,519, filed Feb. 27, 1967

*Hallmark*

Hallmark Cards, Incorporated (Missouri corporation)
25th and McGee Trafficway
Kansas City, Mo.   64108

For: WRITING INSTRUMENTS—NAMELY, PENS AND PENCILS, AND PARTS THEREOF—in CLASS 37.

First use July 7, 1916; in commerce July 7, 1916.

Owner of Reg. No. 113,655.

Int. Cls.: 16, 20, 21, 22, 26, 28 and 34

Prior U.S. Cls.: 2, 7, 9, 22, 37, 38, 40 and 50

**United States Patent and Trademark Office**

Renewal

Reg. No. 864,077
Registered Jan. 28, 1969
OG Date Oct. 3, 1989

# TRADEMARK
## PRINCIPAL REGISTER



HALLMARK CARDS INCORPORATED (MISSOURI CORPORATION)
25TH AND MCGEE TRAFFICWAY
KANSAS CITY, MO 64108

OWNER OF U.S. REG. NOS. 107,653, 712,525 AND OTHERS.

FOR: CUPS; PLATES; NUT CUPS; TREAT BAGS; MERCHANDISE BAGS [; AND MAY BASKETS] , ALL MADE OF PAPER, IN CLASS 2 (INT. CLS. 16 AND 21).

FIRST USE 6–15–1945; IN COMMERCE 6–15–1945.

FOR: CORD AND YARN TIES, IN CLASS 7 (INT. CL. 22).

FIRST USE 4–2–1956; IN COMMERCE 4–2–1956.

FOR: MATCHES, IN CLASS 9 (INT. CL. 34).

FIRST USE 6–15–1960; IN COMMERCE 6–15–1960.

FOR: FACE MASKS AND MONSTER HEADS FOR HOLIDAYS AND CHILDREN'S PARTIES; PEN AND CARD SETS—NAMELY, PLAYING CARDS, SCORE PAD, AND PEN, IN CLASS 22 (INT. CLS. 16 AND 28).

FIRST USE 6–15–1960; IN COMMERCE 6–15–1960.

FOR: NAPKINS; COASTERS; GUEST TOWELS; TABLE COVERS; DOILIES; PLACE MATS; PARTY GOODS CO-ORDINATED SETS—NAMELY, INVITATIONS AND PAPER TABLE SETTINGS, INCLUDING TABLE COVERS, NAPKINS, AND PLACE CARDS; LUNCHEON ENSEMBLES—NAMELY, SETS OF LUNCHEON NAPKINS, BEVERAGE NAPKINS AND COASTERS; SAUCER MATS; MEMORANDUM PADS; SCORE PADS; ADDRESS LABELS; BOOKLETS, SUCH AS MEMORANDUM, CHRISTMAS LIST RECORD AND ADDRESS BOOKLETS; AND SCRAP BOOKS, ALL MADE OF PAPER, IN CLASS 37 (INT. CL. 16).

FIRST USE 3–8–1954; IN COMMERCE 3–8–1954.

FOR: PARTY BOOKS, CONTAINING MATERIAL CONCERNING PARTY THEMES, GAMES, DECORATIONS AND MENUS; RECIPE BOOKLETS; BOOKS, INCLUDING POETRY, BIOGRAPHIES, QUOTATIONS, CHILDREN'S BOOKS,

2          864,077

AND THE LIKE; AND PICTURE POST CARDS, IN CLASS 38 (INT. CL. 16).

FIRST USE 12–1–1963; IN COMMERCE 12–1–1963.

FOR: BOWS AND PLASTIC BOW PINS; GIFT KITS CONTAINING FABRIC, THREAD, INSTRUCTIONS FOR MAKNG BAGS, PILLOWS, AND SIMILAR ARTICLES, IN CLASS 40 (INT. CL. 26).

FIRST USE 4–2–1956; IN COMMERCE 4–2–1956.

FOR: CAKE DECORATIONS, SUCH AS FIGURES, NUMERALS, FLOWERS, AND THE LIKE; ANNIVERSARY NU-MERALS—NAMELY, DECORATIVE NUMERALS FOR CAKES, PACKAGES AND CENTERPIECES; HOME DECORA-TIONS, SUCH AS FLOWERS AND CEN-TERPIECES; PARTY FAVORS AND DECORATIONS; PACKAGE DECORA-TIONS, ALL MADE OF PAPER; GIFT KITS, INCLUDING MATERIALS FOR MAKING ARTICLES SUCH AS WAL-LETS, BIRD FEEDERS, TIE RACKS, AND THE LIKE; DECORATIVE WALL PLAQUES; PAPER PARTY HATS; AND ST. PATRICK'S DAY PINS, IN CLASS 50 (INT. CLS. 16 AND 20).

FIRST USE 10–22–1956; IN COMMERCE 10–22–1956.

SER. NO. 283,299, FILED 10–25–1967.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 3, 1989.*

# United States Patent Office

**864,077**
Registered Jan. 28, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 283,299, filed Oct. 25, 1967



Hallmark Cards Incorporated (Missouri corporation)
25th and McGee Trafficway
Kansas City, Mo. 64141

For: CUPS; PLATES; NUT CUPS; TREAT BAGS; MERCHANDISE BAGS; AND MAY BASKETS, ALL MADE OF PAPER, in CLASS 2 (INT. CL. 16 and 21).

First use June 15, 1945 (on merchandise bags); in commerce June 15, 1945.

For: CORD AND YARN TIES, in CLASS 7 (INT. CL. 22).

First use Apr. 2, 1956; in commerce Apr. 2, 1956.

For: MATCHES, in CLASS 9 (INT. CL. 34).

First use June 15, 1960; in commerce June 15, 1960.

For: FACE MASKS AND MONSTER HEADS FOR HOLIDAYS AND CHILDREN'S PARTIES; PEN AND CARD SETS—NAMELY, PLAYING CARDS, SCORE PAD, AND PEN, in CLASS 22 (INT. CL. 16 and 28).

First use June 15, 1960 (on face masks); in commerce June 15, 1960.

For: NAPKINS; COASTERS; GUEST TOWELS; TABLE COVERS; DOILIES; PLACE MATS; PARTY GOODS COORDINATED SETS—NAMELY, INVITATIONS AND PAPER TABLE SETTINGS, INCLUDING TABLE COVERS, NAPKINS, AND PLACE CARDS; LUNCHEON ENSEMBLES—NAMELY, SETS OF LUNCHEON NAPKINS, BEVERAGE NAPKINS AND COASTERS; SAUCER MATS; MEMORANDUM PADS; SCORE PADS; ADDRESS LABELS; BOOKLETS, SUCH AS MEMORANDUM, CHRISTMAS LIST RECORD AND ADDRESS BOOKLETS; AND SCRAP BOOKS, ALL MADE OF PAPER, in CLASS 37 (INT. CL. 16).

First use Mar. 8, 1954 (on address labels); in commerce Mar. 8, 1954.

For: PARTY BOOKS, CONTAINING MATERIAL CONCERNING PARTY THEMES, GAMES, DECORATIONS AND MENUS; RECIPE BOOKLETS; BOOKS, INCLUDING POETRY, BIOGRAPHIES, QUOTATIONS, CHILDREN'S BOOKS, AND THE LIKE; AND PICTURE POST CARDS, in CLASS 38 (INT. CL. 16).

First use Dec. 1, 1963 (on post cards); in commerce Dec. 1, 1963.

For: BOWS AND PLASTIC BOW PINS; GIFT KITS CONTAINING FABRIC, THREAD, INSTRUCTIONS FOR MAKNG BAGS, PILLOWS, AND SIMILAR ARTICLES, in CLASS 40 (INT. CL. 26).

First use Apr. 2, 1956 (on bows); in commerce Apr. 2, 1956.

For: CAKE DECORATIONS, SUCH AS FIGURES, NUMERALS, FLOWERS, AND THE LIKE; ANNIVERSARY NUMERALS—NAMELY, DECORATIVE NUMERALS FOR CAKES, PACKAGES AND CENTERPIECES; HOME DECORATIONS, SUCH AS FLOWERS AND CENTERPIECES; PARTY FAVORS AND DECORATIONS; PACKAGE DECORATIONS, ALL MADE OF PAPER; GIFT KITS, INCLUDING MATERIALS FOR MAKING ARTICLES SUCH AS WALLETS, BIRD FEEDERS, TIE RACKS, AND THE LIKE; DECORATIVE WALL PLAQUES; PAPER PARTY HATS; AND ST. PATRICK'S DAY PINS, in CLASS 50 (INT. CL. 16 and 20).

First use Oct. 22, 1956 (on package decorations); in commerce Oct. 22, 1956.

Owner of Reg. Nos. 107,653, 712,525, and others.

# United States Patent Office

**864,077**
Registered Jan. 28, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 283,299, filed Oct. 25, 1967



Hallmark Cards Incorporated (Missouri corporation)
25th and McGee Trafficway
Kansas City, Mo. 64141

For: CUPS; PLATES; NUT CUPS; TREAT BAGS; MERCHANDISE BAGS; AND MAY BASKETS, ALL MADE OF PAPER, in CLASS 2 (INT. CL. 16 and 21).

First use June 15, 1945 (on merchandise bags); in commerce June 15, 1945.

For: CORD AND YARN TIES, in CLASS 7 (INT. CL. 22).

First use Apr. 2, 1956; in commerce Apr. 2, 1956.

For: MATCHES, in CLASS 9 (INT. CL. 34).

First use June 15, 1960; in commerce June 15, 1960.

For: FACE MASKS AND MONSTER HEADS FOR HOLIDAYS AND CHILDREN'S PARTIES; PEN AND CARD SETS—NAMELY, PLAYING CARDS, SCORE PAD, AND PEN, in CLASS 22 (INT. CL. 16 and 28).

First use June 15, 1960 (on face masks); in commerce June 15, 1960.

For: NAPKINS; COASTERS; GUEST TOWELS; TABLE COVERS; DOILIES; PLACE MATS; PARTY GOODS COORDINATED SETS—NAMELY, INVITATIONS AND PAPER TABLE SETTINGS, INCLUDING TABLE COVERS, NAPKINS, AND PLACE CARDS; LUNCHEON ENSEMBLES—NAMELY, SETS OF LUNCHEON NAPKINS, BEVERAGE NAPKINS AND COASTERS; SAUCER MATS; MEMORANDUM PADS; SCORE PADS; ADDRESS LABELS; BOOKLETS, SUCH AS MEMORANDUM, CHRISTMAS LIST RECORD AND ADDRESS BOOKLETS; AND SCRAP BOOKS, ALL MADE OF PAPER, in CLASS 37 (INT. CL. 16).

First use Mar. 8, 1954 (on address labels); in commerce Mar. 8, 1954.

For: PARTY BOOKS, CONTAINING MATERIAL CONCERNING PARTY THEMES, GAMES, DECORATIONS AND MENUS; RECIPE BOOKLETS; BOOKS, INCLUDING POETRY, BIOGRAPHIES, QUOTATIONS, CHILDREN'S BOOKS, AND THE LIKE; AND PICTURE POST CARDS, in CLASS 38 (INT. CL. 16).

First use Dec. 1, 1963 (on post cards); in commerce Dec. 1, 1963.

For: BOWS AND PLASTIC BOW PINS; GIFT KITS CONTAINING FABRIC, THREAD, INSTRUCTIONS FOR MAKNG BAGS, PILLOWS, AND SIMILAR ARTICLES, in CLASS 40 (INT. CL. 26).

First use Apr. 2, 1956 (on bows); in commerce Apr. 2, 1956.

For: CAKE DECORATIONS, SUCH AS FIGURES, NUMERALS, FLOWERS, AND THE LIKE; ANNIVERSARY NUMERALS—NAMELY, DECORATIVE NUMERALS FOR CAKES, PACKAGES AND CENTERPIECES; HOME DECORATIONS, SUCH AS FLOWERS AND CENTERPIECES; PARTY FAVORS AND DECORATIONS; PACKAGE DECORATIONS, ALL MADE OF PAPER; GIFT KITS, INCLUDING MATERIALS FOR MAKING ARTICLES SUCH AS WALLETS, BIRD FEEDERS, TIE RACKS, AND THE LIKE; DECORATIVE WALL PLAQUES; PAPER PARTY HATS; AND ST. PATRICK'S DAY PINS, in CLASS 50 (INT. CL. 16 and 20).

First use Oct. 22, 1956 (on package decorations); in commerce Oct. 22, 1956.

Owner of Reg. Nos. 107,653, 712,525, and others.

# United States Patent Office

864,077
Registered Jan. 28, 1969

## PRINCIPAL REGISTER COMB. AFF. SEC 8 & 15
## Trademark

Ser. No. 283,299, filed Oct. 25, 1967



Hallmark Cards Incorporated (Missouri corporation)
25th and McGee Trafficway
Kansas City, Mo. 64141

For: CUPS; PLATES; NUT CUPS; TREAT BAGS; MERCHANDISE BAGS; AND MAY BASKETS, ALL MADE OF PAPER, in CLASS 2 (INT. CL. 16 and 21).

First use June 15, 1945 (on merchandise bags); in commerce June 15, 1945.

For: CORD AND YARN TIES, in CLASS 7 (INT. CL. 22).

First use Apr. 2, 1956; in commerce Apr. 2, 1956.

For: MATCHES, in CLASS 9 (INT. CL. 34).

First use June 15, 1960; in commerce June 15, 1960.

For: FACE MASKS AND MONSTER HEADS FOR HOLIDAYS AND CHILDREN'S PARTIES; PEN AND CARD SETS—NAMELY, PLAYING CARDS, SCORE PAD, AND PEN, in CLASS 22 (INT. CL. 16 and 28).

First use June 15, 1960 (on face masks); in commerce June 15, 1960.

For: NAPKINS; COASTERS; GUEST TOWELS; TABLE COVERS; DOILIES; PLACE MATS; PARTY GOODS COORDINATED SETS—NAMELY, INVITATIONS AND PAPER TABLE SETTINGS, INCLUDING TABLE COVERS, NAPKINS, AND PLACE CARDS; LUNCHEON ENSEMBLES—NAMELY, SETS OF LUNCHEON NAPKINS, BEVERAGE NAPKINS AND COASTERS; SAUCER MATS; MEMORANDUM PADS; SCORE PADS; ADDRESS LABELS; BOOKLETS, SUCH AS MEMORANDUM, CHRISTMAS LIST RECORD AND ADDRESS BOOKLETS; AND SCRAP BOOKS, ALL MADE OF PAPER, in CLASS 37 (INT. CL. 16).

First use Mar. 8, 1954 (on address labels); in commerce Mar. 8, 1954.

For: PARTY BOOKS, CONTAINING MATERIAL CONCERNING PARTY THEMES, GAMES, DECORATIONS AND MENUS; RECIPE BOOKLETS; BOOKS, INCLUDING POETRY, BIOGRAPHIES, QUOTATIONS, CHILDREN'S BOOKS, AND THE LIKE; AND PICTURE POST CARDS, in CLASS 38 (INT. CL. 16).

First use Dec. 1, 1963 (on post cards); in commerce Dec. 1, 1963.

For: BOWS AND PLASTIC BOW PINS; GIFT KITS CONTAINING FABRIC, THREAD, INSTRUCTIONS FOR MAKNG BAGS, PILLOWS, AND SIMILAR ARTICLES, in CLASS 40 (INT. CL. 26).

First use Apr. 2, 1956 (on bows); in commerce Apr. 2, 1956.

For: CAKE DECORATIONS, SUCH AS FIGURES, NUMERALS, FLOWERS, AND THE LIKE; ANNIVERSARY NUMERALS—NAMELY, DECORATIVE NUMERALS FOR CAKES, PACKAGES AND CENTERPIECES; HOME DECORATIONS, SUCH AS FLOWERS AND CENTERPIECES; PARTY FAVORS AND DECORATIONS; PACKAGE DECORATIONS, ALL MADE OF PAPER; GIFT KITS, INCLUDING MATERIALS FOR MAKING ARTICLES SUCH AS WALLETS, BIRD FEEDERS, TIE RACKS, AND THE LIKE; DECORATIVE WALL PLAQUES; PAPER PARTY HATS; AND ST. PATRICK'S DAY PINS, in CLASS 50 (INT. CL. 16 and 20).

First use Oct. 22, 1956 (on package decorations); in commerce Oct. 22, 1956.

Owner of Reg. Nos. 107,653, 712,525, and others.

# United States Patent Office

**916,900**
Registered July 20, 1971

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 335,723, filed Aug. 20, 1969

## HALLMARK

Hallmark Cards Incorporated (Missouri corporation)
25th St. and McGee Trafficway
Kansas City, Mo. 64116

For: FURNISHING ADVERTISING MATERIAL IN THE FORM OF NEWSPAPER MATS, POSTERS, RADIO AND TELEVISION COMMERCIALS, DISPLAY PIECES AND SIGNS, in CLASS 101 (INT. CL. 35).

First use Jan. 1, 1935; in commerce Jan. 1, 1935.

Int. Cl.: 35

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 916,900

Registered July 20, 1971

Renewal Approved May 9, 1991

## SERVICE MARK
## PRINCIPAL REGISTER

## HALLMARK

HALLMARK CARDS, INCORPORATED
(MISSOURI CORPORATION)
25TH STREET AND MCGEE TRAFFIC-
WAY
KANSAS CITY, MO 64108, ASSIGNEE OF
HALLMARK CARDS INCORPORAT-
ED (MISSOURI CORPORATION)
KANSAS CITY, MO

FOR: FURNISHING ADVERTISING
MATERIAL IN THE FORM OF NEWS-
PAPER MATS, POSTERS, RADIO AND
TELEVISION COMMERCIALS, DIS-
PLAY PIECES AND SIGNS, IN CLASS
101 (INT. CL. 35).
FIRST USE 1-1-1935; IN COMMERCE
1-1-1935.

SER. NO. 72-335,723, FILED 8-20-1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 18, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**916,900**
Registered July 20, 1971

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 335,723, filed Aug. 20, 1969

## HALLMARK

Hallmark Cards Incorporated (Missouri corporation)
25th St. and McGee Trafficway
Kansas City, Mo. 64116

For: FURNISHING ADVERTISING MATERIAL IN THE FORM OF NEWSPAPER MATS, POSTERS, RADIO AND TELEVISION COMMERCIALS, DISPLAY PIECES AND SIGNS, in CLASS 101 (INT. CL. 35).

First use Jan. 1, 1935; in commerce Jan. 1, 1935.

# United States Patent Office

**916,900**
Registered July 20, 1971

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 335,723, filed Aug. 20, 1969

## HALLMARK

Hallmark Cards Incorporated (Missouri corporation)
25th St. and McGee Trafficway
Kansas City, Mo. 64116

For: FURNISHING ADVERTISING MATERIAL IN THE FORM OF NEWSPAPER MATS, POSTERS, RADIO AND TELEVISION COMMERCIALS, DISPLAY PIECES AND SIGNS, in CLASS 101 (INT. CL. 35).

First use Jan. 1, 1935; in commerce Jan. 1, 1935.

**Amendment**

Registered August 27, 1940                    Registration No. 380,596

Hall Brothers, Incorporated

Application to amend having been made by Hallmark Cards, Incorporated, owner of the registration above identified, the drawing is amended to appear as follows:

# HALLMARK

Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 7th day of July 1981.

[SEAL]

Attest:

JANIE COOKSEY,                                    RENE D. TEGTMEYER,
*Attesting Officer.*          *Acting Commissioner of Patents and Trademarks.*

Registered Aug. 27, 1940

**Trade-Mark 380,596**

# UNITED STATES PATENT OFFICE

Hall Brothers, Incorporated, Kansas City, Mo.

Act of February 20, 1905

Application February 14, 1940, Serial No. 428,550



## STATEMENT

*To the Commissioner of Patents:*

Hall Brothers, Incorporated, a corporation duly organized under the laws of the State of Missouri, located at Kansas City, Jackson County, Missouri, and doing business at 25th Street and Grand Avenue, Kansas City, Missouri, has adopted and used the trade-mark shown in the accompanying drawing, for GREETING CARDS, in Class 38, Prints and publications, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used in applicant's business since on or about January 25, 1925, and is and has been applied or affixed to the goods or the containers of the goods by placing thereon a printed label on which the trade-mark is shown, and by printing the trade-mark directly on the goods.

Applicant hereby appoints Arthur C. Brown, whose postal address is 1218 Commerce Building, Kansas City, Missouri, its attorney, to prosecute this application for registration, with full powers of substitution and revocation, and to make alterations and amendments therein, to receive the certificate, and to transact all business in the Patent Office connected therewith.

HALL BROTHERS, INCORPORATED,
By C. B. SEFRANKA,
*Secretary.*

# United States of America

## United States Patent and Trademark Office

# RAINBOW BRITE

**Reg. No. 5,115,753**

**Registered Jan. 03, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Hallmark Licensing, LLC (KANSAS LIMITED LIABILITY COMPANY)
MD 339
2501 McGee Trafficway
Kansas City, MO 64108

CLASS 9: magnetically encoded, re-loadable debit cards

FIRST USE 12-18-2015; IN COMMERCE 12-18-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-815,100, FILED 11-10-2015
JENNIFER LYNN O'BRIEN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# RAINBOW BRITE

**Reg. No. 3,808,509**
**Registered June 22, 2010**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

HALLMARK LICENSING, INC. (DELAWARE CORPORATION)
MD 339
2440 PERSHING ROAD
KANSAS CITY, MO 64108

FOR: DOLLS; STUFFED TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-2010; IN COMMERCE 1-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-979,228, FILED 2-26-2008.

RUDY R. SINGLETON, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,302,403**

## United States Patent and Trademark Office

**Registered Dec. 21, 1999**

### TRADEMARK
### PRINCIPAL REGISTER

## RAINBOW BRITE

HALLMARK LICENSING, INC. (DELAWARE CORPORATION)
2440 PERSHING ROAD
KANSAS CITY, MO 64108

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, WOVEN TOP AND BOTTOM SETS COMPRISED OF SHIRTS AND PANTS, SHIRTS, JOG SUITS, SWEAT TOPS AND BOT-

TOMS, JACKETS, NIGHTSHIRTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8–1–1999; IN COMMERCE 8–1–1999.

SN 75–171,674, FILED 9–25–1996.

ANIL V. GEORGE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,302,403

Registered Dec. 21, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## RAINBOW BRITE

HALLMARK LICENSING, INC. (DELAWARE CORPORATION)
2440 PERSHING ROAD
KANSAS CITY, MO 64108

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, WOVEN TOP AND BOTTOM SETS COMPRISED OF SHIRTS AND PANTS, SHIRTS, JOG SUITS, SWEAT TOPS AND BOT-

TOMS, JACKETS, NIGHTSHIRTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8–1–1999; IN COMMERCE 8–1–1999.

SN 75–J71,674, FILED 9–25–1996.

ANIL V. GEORGE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

## HALLMARK BETTER TOGETHER

**Reg. No. 7,086,740**
**Registered Jun. 20, 2023**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

Hallmark Licensing, LLC  (KANSAS LIMITED LIABILITY COMPANY)
MD 339
2501 McGee Trafficway
Kansas City, MISSOURI 64108

CLASS 28: Thematically-paired plush toys

FIRST USE 6-00-2020; IN COMMERCE 12-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-440,864, FILED 06-02-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# BETTER TOGETHER

**Reg. No. 7,130,743**

**Registered Aug. 08, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Hallmark Licensing, LLC  (KANSAS LIMITED LIABILITY COMPANY)
MD 339
2501 McGee Trafficway
Kansas City, MISSOURI 64108

CLASS 28: Plush toys

FIRST USE 6-00-2020; IN COMMERCE 12-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-440,820, FILED 06-02-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.