Exhibit 2

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA**    155-320

VA        VAU

EFFECTIVE DATE OF REGISTRATION

MAR 26 1984

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

RAINBOW BRITE PORTFOLIO

**NATURE OF THIS WORK ▼** See instructions

Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**

Hallmark Cards, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Artwork and Text

**NOTE**
Under the law, the "author" of a

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1983 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 12   Day ▶ 8   Year ▶ 1983
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Hallmark Cards, Inc.
P.O. Box 580
Kansas City, MO 64141

See instructions before completing this space.

APPLICATION RECEIVED
MAR 26 1984
ONE DEPOSIT RECEIVED
MAR 26 1984
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

FORM VA

VA 155-320

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

☑ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

NONE

**6**

See instructions
before completing
this space.

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

NONE

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                      **Account Number** ▼

Hallmark Cards, Inc.                        DA 022713

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Hallmark Cards, Inc.
Attn: Mrs. Nadine Arnold - #144
P.O. Box 580
Kansas City, MO   64141
Area Code & Telephone Number ▶   (816) 274-4193

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Hallmark Cards, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Jane E. Hartnett                                      date ▶   3/20/84

Handwritten signature (X) ▼
Jane E. Hartnett                  ASSISTANT SECRETARY

**MAIL
CERTIFI-
CATE TO**

**Certificate
will be
mailed in
window
envelope**

Name ▼   Hallmark Cards, Inc.
Attn: Mrs. Nadine Arnold - #144
Number/Street/Apartment Number ▼
P.O. Box 580
City/State/ZIP ▼
Kansas City, MO   64141

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to *Register of
  Copyrights*?
● Enclosed your deposit material
  with the application and fee?
**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981: 355-313                                                                        Nov. 1981-95,000



© 1983 Hallmark Cards, Inc.



Rainbow Brite is a creation of
Hallmark Properties, a division





## RAINBOW BRITE™

Rainbow Brite is a lovable, creative little girl who uses the colors of the rainbow to color our world and our lives. She is carefree and fun-loving, but her work always comes first. She performs color magic by using her power belt and by scattering the "Star Sprinkles," which become magical only when sifted through Rainbow's very own fingers. Along with her horse, Starlite, and her helpers, The Color Kids, Rainbow Brite brings hope and happiness to all.

© 1983 Hallmark Cards, Inc.



## STARLITE

Starlite is Rainbow Brite's magical flying horse and very best friend. He loves Rainbow very much and always watches out for her safety and well-being. He gives her help and advice and takes her any place she wants to go, whether it's for fun or for the cause of color. Starlite's only fault is that he's vain about his striking appearance, and that vanity makes him vulnerable to the treachery of the two villains. When that happens, he has to count on Rainbow Brite and The Color Kids to save the day . . . and him.

© 1983 Hallmark Cards, Inc.



# THE RAINBOW BRITE™ STORY

In a faraway place, right at the end of the rainbow, there is a magical kingdom where all the colors of the earth are created. The kingdom is called Rainbow Land, and living in this wonderful place is a lovable, creative little girl named Rainbow Brite. She uses the colors of the rainbow to make our world brighter and our hearts lighter.

Rainbow Brite's best friend is a magical flying horse named Starlite. He serves as Rainbow's protector and guardian, and as her swiftest means of transportation.

Rainbow's partners are The Color Kids—seven little people with personalities as varied as the colors of the rainbow. They are responsible for their assigned colors, and for organizing and leading the groups of sprites that match their hues.

The sprites are the colorful, happy little workers who mine and manufacture "Star Sprinkles," the magic crystals that form the colors. Rainbow's favorite sprite is Twink, a white and furry little bundle of energy who was once a sprite of a different color!

The villains of Rainbow Land are Murky Dismal and Lurky—two nasty creatures who live in a place called The Pits. They hate everything colorful and joyful and are always plotting ways to capture Rainbow Brite and get control of her magic power belt. They want to use color for tricky and evil doings so that the world will be just as murky and dismal as they are.

Join Rainbow Brite and her forces of color as they challenge the forces of gloom, in a struggle to keep the world bright and colorful, and to keep our hearts hopeful and happy.

© 1983 Hallmark Cards, Inc.



## TWINK

Twink is an adorable bundle of sweetness and silliness. He is the only white sprite and is Rainbow Brite's ever-present side-kick. There is a friendly rivalry between Twink and Starlite because each likes to think of himself as the little girl's protector, but Rainbow has a way of joking them out of their jealousies. Twink is very fussy about color and likes to give orders to the other sprites, but fortunately, they don't take him too seriously.

© 1983 Hallmark Cards, Inc.



Saucy*

Spark*

Lucky*

I.Q.*

Champ*

Romeo*

Encore*

## THE SPRITES

The sprites are the friendly and furry little workers of Rainbow Land, and they come in all colors of the rainbow. They mine and manufacture the magical "Star Sprinkles." Each color group of sprites reports to the Color Kid that matches its hue. All the sprites are terrified of Murky Dismal and Lurky because, if captured and thrown into The Pits, they will lose their color, turn clear and eventually disappear. They count on their friends, Rainbow Brite and Starlite, to keep the worst from happening and to keep our lives ever colorful and bright.

*As of November 14, 1983 these names are in process of trademark clearance.

© 1983 Hallmark Cards, Inc.







## RED BUTLER

Red is a smooth-talking, full-of-charm, fun-loving boy. Though he often bores others with long and involved stories of his adventures and pursuits, his genuine love of being alive brings an uplifting spirit to all. Because his is the color of strength and passion, Red is in charge of the color red, the red sprites, and of making sure there are enough red "Star Sprinkles" ready for delivery at a moment's notice.

## LALA ORANGE

LaLa is very sweet, frilly and feminine. She can often be found primping and preening until she looks, as she puts it, "just so." She is a vivacious and energetic little girl who knows exactly what she wants, and she usually gets it. LaLa can be quite flirtatious at times, especially with Red Butler—on whom she has a giant crush. Orange, the color of zest and energy, is hers—that's why she is responsible for all of the orange sprites and for the work that they do.

© 1983 Hallmark Cards, Inc.





## CANARY YELLOW

Canary is always sunny and cheerful—a typical "girl next door." She is the optimist of the group and is consumed with the need to cheer everybody up and make them smile. She is Rainbow Brite's favorite Color Kid because yellow is Rainbow's favorite color. And, because hers is the color of cheerfulness, Canary is the Color Kid who oversees the work of the yellow sprites and the one who meets the yellow color needs of the world.

## PATTY O'GREEN

Patty is a cute, elfish, mischievous little girl who enjoys playing practical jokes. She is very proud of being green and has a tendency to brag (a little too much) about how the earth just couldn't thrive without her. Patty is especially fond of nature and of green growing things, and so she is in charge of the green sprites and of making sure there is plenty o' green to go around.

© 1983 Hallmark Cards, Inc.



## BUDDY BLUE

Buddy is the athlete of the group. He lives and breathes physical fitness. He is into health food, too, and lectures on the virtues of both subjects until he's blue in the face. Buddy is a peace-loving boy who works hard to ensure calm and orderliness among The Color Kids. Since blue is a peaceful color, it's Buddy's own. And the blue sprites are the ones who help him color the skies and the oceans and all the other blue things that make up our world.



## INDIGO

Indigo is a very beautiful little girl who wants to be a famous actress. She is always "on stage" so to speak. Though some may think she is overdramatic and some-what of a dreamer, Indigo likes to think of herself as an artist with high aspirations. Her color represents drama and emotion, so she is responsible for the indigo sprites and for the colors they create.



## SHY VIOLET

Shy Violet is a studious little girl with the mind of a genius. Most of the time she can be found reading or writing or working on theories about color. She is Rainbow Brite's problem-solver and can always be counted upon for quick answers to difficult questions. Hers is the color of wisdom and enlightenment, so she manages the work of the violet sprites and supplies violet colors to our world.

© 1983 Hallmark Cards, Inc.





## MURKY DISMAL

Murky Dismal is a nasty little creature who lives in The Pits, his dark and dreary cave. Just as Rainbow Brite represents brightness and happiness, Murky Dismal represents glumness and dreariness. In his Pits laboratory, he sneakily concocts vaporous clouds of gloom which can be sent over people's heads whenever he wants to "cheer them down." His chief aim in life is to capture Rainbow's power belt in order to disrupt the constructive activities in Rainbow Land so that everyone will be as miserable as he is.

## LURKY

Lurky is Murky Dismal's awkward, bumbling assistant. He dutifully helps his boss with all sorts of dastardly doings because he doesn't know any better. He also serves as Murky's chauffeur as he drives the Grunge Buggy with his boss at his side, bellowing out orders. Lurky carries a butterfly net which he uses to catch sprites. He tries to appear mean, but beneath his bulk he has a heart, and once in a while he lets it show.

© 1983 Hallmark Cards, Inc.



# RAINBOW BRITE™
# MARKETING/PROMOTION HIGHLIGHTS

★ Number one new property introduction in 1984 by Mattel, the world's largest single toy manufacturer.

★ Combines the creative and marketing strengths of Hallmark and Mattel, both leaders in their industries.

★ One of the largest first-year launches ever in the property marketing industry.

★ $8.5 million media advertising/promotion planned in 1984 alone.

★ Nationally-syndicated series of TV specials, to begin in May, 1984.

★ National tune-in advertising to support TV specials.

★ Major Mattel launch to retail trade beginning January 5, 1984.

★ Traveling character show to encourage retail displays, build awareness, and stimulate store traffic.

★ Continuous national publicity program by Hallmark and Mattel.

★ Strong retail merchandising program by Mattel, to stimulate coordinated departments and retail advertising and promotion.

★ Nationally-televised public service program planned.

★ Regular colorful newsletter mailings to thousands of key retailers.

★ Promotional exposure through nationally-televised media events.

★ Adult-oriented print advertising.

★ Secondary forms of entertainment, e.g. theme parks, touring arena shows, live shows in shopping malls and state fairs.



# RAINBOW BRITE™ PROMOTION/MERCHANDISING PLANS

| ACTIVITY | 1983 SEPT. | OCT. | NOV. | DEC. | 1984 JAN. | FEB. | MAR. | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Trade Activities | | | | | | | | | | | | | | | | |
| A. Initial Retail Presentations | | ■ | ■ | ■ | | | | | | | | | | | | |
| B. Mattel Pre-Toy Fair Launch | | | | | ■ | | | | | | | | | | | |
| C. Toy Fair Presentation | | | | | | ■ | | | | | | | | | | |
| D. Trade Advertising | | | | | ■ | | | | ■ | | | ■ | | ■ | | |
| E. Newsletter | | | | | Launch | | | ■ | | | | | | ■ | | |
| 2. Consumer Activities | | | | | | | | | | | | | | | | |
| A. National Publicity Program | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| B. Public Service Program | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| C. Retail Display Program (Point of Purchase) | | | | | Trade Intro. | | Rollout Blitz | | National | | | | | | | |
| D. Rainbow Brite Travelling Show | | | | | Trade Intro. | | | | National | | | | | | | |
| E. Television Special | | | | | Trade Intro. | | | | Air First Special | | | | | | | |
| F. Television Tune-In Advertising (National) | | | | | | | ■ | | | | | | | | | |
| G. Mattel TV Advertising | | | | | | | | Rollout Blitz | | National | | | | | | |
| H. Adult Print Advertising (National) | | | | | | | | | | | | ■ | | | | |
| 3. Product Introductions | | | | | | | | | | | | | | | | |
| A. Mattel | | | | | | | Rollout Blitz | | National | | | | | | | |
| B. School Supplies | | | | | | | | (Retail) | | | | | | | | |
| C. Social Expression | | | | | | | | | National | | | | | | | |
| D. Apparel Accessories | | | | | | | | | | (Retail) | | | | | | |
| E. Domestics | | | | | | | | | | (Retail) | | | | | | |
| F. Gifts | | | | | | | | | | | | (Retail) | | | | |
| G. Publishing | | | | | | | | | | | | | (Retail) | | | |
| H. Housewares | | | | | | | | | | | | | | (Retail) | | |

## GIRLS LOVE RAINBOW BRITE™

Plush toys, bedding, curtains, wallcoverings, lamp, slippers, toy environment.

© 1983 Hallmark Cards, Inc.



RAINBOW BRITE™
TEXTILE PATTERNS

© 1983 Hallmark Cards, Inc.

## RAINBOW BRITE™
## APPAREL FOR GIRLS

Jumper, overalls, leotard, skirt, dress, sweater, footwear.

© 1983 Hallmark Cards, Inc.

© 1983 Hallmark Cards, Inc.

Pinafore, sunsuit, push-toy, hair accessories, cloth doll.



**RAINBOW BRITE™ 'N SUNSHINE**



SWEET DREAMS
WITH RAINBOW BRITE™
CHILDREN'S SLEEPWEAR

Nightgown, blanket sleeper,
robe, pajamas, slippers,
pajama bag, cloth doll.

© 1983 Hallmark Cards, Inc.



RAINBOW BRITE™
AND HER FRIENDS
SLUMBER AND
PAJAMA BAGS

© 1983 Hallmark Cards, Inc.



Duffle bag, back-pack, tote bag, purse.

RAINBOW BRITE™
TOTE BAGS AND
CARRY-ALLS

Full Of Fun

Think Happy

© 1983 Hallmark Cards, Inc.



Lunchbox and thermos, colored pencils, eraser.

BACK-TO-SCHOOL WITH RAINBOW BRITE™

© 1983 Hallmark Cards, Inc.



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = Hallmark Licensing

Search Results: Displaying 315 of 320 entries



Labeled View

### *Plush Shepherd Toy 1.0.*

|  |  |
|--|--|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002361744 / 2023-09-08 |
| **Application Title:** | Plush Shepherd Toy 1.0. |
| **Title:** | Plush Shepherd Toy 1.0. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Hallmark Licensing, LLC, Transfer: By written agreement. Address: 2501 McGee Trafficway, Kansas City, MO, 64108, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-01-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hallmark Cards, Incorporated, employer for hire; Domicile: United States. Authorship: sculpture. |
| **Rights and Permissions:** | Hallmark Cards, Incorporated, 2501 McGee Trafficway, Kansas City, MO, 64108, United States, trademark@hallmark.com |
| **Names:** | Hallmark Cards, Incorporated |
|  | Hallmark Licensing, LLC |





| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Plush Shepherd Toy 1.0



Case: 1.26-cv-00047 Document #: 1-2 Filed: 01/02/26 Page 29 of 39 PageID #:105

0500971.0104/0052 - 47457

# Plush Shepherd Toy 1.0



Case: 1.26-cv-00047 Document #: 1-2 Filed: 01/05/26 Page 30 of 39 PageID #:106

0500971.0104/0052 - 47457

# Plush Shepherd Toy 1.0



Case: 1.26-cv-00047 Document #: 1-2 Filed: 01/05/26 Page 31 of 39 PageID #:101

0500971.0104/0052 - 47457



We will be conducting infrastructure maintenance between 5:00 p.m. and 7:00 p.m. EST on February 22, 2025. The maintenance will cause service disruptions during this time period. We apologize for any inconvenience.

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = Plush Shepherd
Search Results: Displaying 2 of 2 entries

◄ previous | next ►



***Plush Shepherd Toy 2.0.***

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002433194 / 2025-01-31 |
| **Application Title:** | Plush Shepherd Toy 2.0. |
| **Title:** | Plush Shepherd Toy 2.0. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Hallmark Licensing, LLC, Transfer: By written agreement. Address: 2501 McGee Trafficway, Kansas City, MO, 64108, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2018-08-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hallmark Cards, Incorporated, employer for hire; Domicile: United States. Authorship: sculpture. |
| **Previous Registration:** | 2023, VA0002361744. |
| **Pre-existing Material:** | Plush Shepherd Toy 1.0. |
| **Basis of Claim:** | sculpture. |
| **Rights and Permissions:** | Hallmark Cards, Incorporated, 2501 McGee Trafficway, Kansas City, MO, 64108, United States, trademark@hallmark.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Hallmark Cards, Incorporated |
| | Hallmark Licensing, LLC |

◄ previous | next ►

**Save, Print and Email (Help Page)**

Select Download Format [ Full Record ▾ ]  [ Format for Print/Save ]

Enter your email address: [                    ]  [ Email ]

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-433-194**

**Effective Date of Registration:**
January 31, 2025
**Registration Decision Date:**
February 18, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Plush Shepherd Toy 2.0 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | August 06, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Hallmark Cards, Incorporated |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Hallmark Licensing, LLC |
| | 2501 McGee Trafficway, Kansas City, MO, 64108, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Plush Shepherd Toy 1.0 |
| **Previous registration and year:** | VA0002361744, 2023 |
| **New material included in claim:** | sculpture |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Hallmark Cards, Incorporated |
| **Email:** | trademark@hallmark.com |
| **Address:** | 2501 McGee Trafficway |
| | Kansas City, MO 64108 United States |

## Certification

               **Name:**  Penny R. Slicer
               **Date**:  January 31, 2025
**Applicant's Tracking Number:**  0500971.0104/0064 - 47457

**Correspondence:**  Yes

**Registration #:** VA0002433194
**Service Request #:** 1-14720099281



Stinson LLP
Penny R. Slicer
1201 Walnut Street
Suite 2900
Kansas City, MO 64106 United States

Plush Shepherd Toy 2.0



0500971.0104/0064 - 47457

Plush Shepherd Toy 2.0



Plush Shepherd Toy 2.0

